AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

ROBERT G. LACK aka
ROBERT LACK,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5050-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED AND DECREED that Judgment in the amount of $11,498.35 is hereby entered against Defendant, Robert G. Lack, along with all future costs in this action including:

1) court filing fees in the amount of $350.00 pursuant to 28 U.S.C. § 2412(a)(2); plus
2) docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923; and
3) United States Marshal's Service fees for service of process pursuant to 28 U.S.C. § 1921.

IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of Judgment and will be compounded annually until paid in full pursuant to the provision of 28 U.S.C. Section 1961(b). This debt shall not be discharged in any future bankruptcy filing.

| | |
|---|---|
| December 22, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pamela A. Howard |
| | *(By) Deputy Clerk* |
| | Pamela A. Howard |